J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Ann Fitz (SBN 282455)
*ann@socalcrimedefense.com*
Ann Fitz, Attorney at Law, P.C.
8383 Wilshire Blvd., Suite 535
Beverly Hills, California  90211
Telephone:  (323) 782-1019
Facsimile:   (323) 782-1258

Attorney for Defendant Carole Jones,
an individual and d/b/a as Amazon.com
Seller Dandelion DVDs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV12-7752 SVW (AJWx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | **[NOTE COURT MODIFICATION]** |
| Carole Jones, an individual and d/b/a as Amazon.com Seller Dandelion DVDs, and Does 1-10, inclusive, | **JS-6** |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of
Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner
Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Carole Jones, an
individual and d/b/a as Amazon.com Seller Dandelion DVDs ("Defendant"), in this
action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    ~~The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.~~

10)    ~~The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.~~

11)    ~~This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent~~

1   ~~decree and judgment; the enforcement hereof; the punishment of any violations~~

2   ~~hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this~~

3   ~~action.~~

4   DATED:     May 7, 2013

5

6   _____
    Hon. Stephen V. Wilson
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A
## PLAINTIFF'S WORKS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-799-978 | FRINGE: Olivia | WBEI |
| PA 1-799-994 | FRINGE: The Box | WBEI |
| PA 1-799-991 | FRINGE: The Plateau | WBEI |
| PA 1-799-973 | FRINGE: Do Shapeshifters Dream of Electric Sheep? | WBEI |
| PA 1-800-068 | FRINGE: Amber 31422 | WBEI |
| PA 1-799-971 | FRINGE: 6955 KHZ | WBEI |
| PA 1-800-066 | FRINGE: The Abducted | WBEI |
| PA 1-799-984 | FRINGE: Entrada | WBEI |
| PA 1-800-071 | FRINGE: Marionette | WBEI |
| PA 1-800-082 | FRINGE: The Firefly | WBEI |
| PA 1-799-860 | FRINGE: Reciprocity | WBEI |
| PA 1-799-843 | FRINGE: Concentrate And Ask Again | WBEI |
| PA 1-799-846 | FRINGE: Immortality | WBEI |
| PA 1-799-854 | FRINGE: 6B | WBEI |
| PA 1-799-856 | FRINGE: Subject 13 | WBEI |
| PA 1-799-853 | FRINGE: OS | WBEI |

| PA 1-799-980 | FRINGE: Stowaway | WBEI |
|---|---|---|
| PA 1-799-975 | FRINGE: Bloodline | WBEI |
| PA 1-800-064 | FRINGE: Lysergic Acid Diethylamide | WBEI |
| PA 1-800-072 | FRINGE: 6:02 AM EST | WBEI |
| PA 1-799-987 | FRINGE: The Last Sam Weiss | WBEI |
| PA 1-800-069 | FRINGE: The Day We Died | WBEI |
| PA-1-715-767 | IN TREATMENT: Sunil: Week One | Home Box Office, Inc. ("HBO") |
| PA-1-715-761 | IN TREATMENT: Frances: Week One | HBO |
| PA-1-715-759 | IN TREATMENT: Jesse: Week One | HBO |
| PA-1-715-760 | IN TREATMENT: Adele: Week One | HBO |
| PA 1-715-057 | IN TREATMENT: Sunil: Week Two | HBO |
| PA1-715-051 | IN TREATMENT: Frances: Week Two | HBO |
| PA 1-715-056 | IN TREATMENT: Jesse: Week Two | HBO |
| PA 1-715-045 | IN TREATMENT: Adele: Week Two | HBO |
| PA 1-718-839 | IN TREATMENT: Sunil: Week Three | HBO |
| PA 1-718-838 | IN TREATMENT: Frances: Week Three | HBO |
| PA 1-718-847 | IN TREATMENT: Jesse: Week Three | HBO |
| PA 1-718-845 | IN TREATMENT: Adele: Week Three | HBO |
| PA 1-718-841 | IN TREATMENT: Sunil: Week Four | HBO |

| PA 1-719-472 | IN TREATMENT: Frances: Week Four | HBO |
|---|---|---|
| PA 1-719-471 | IN TREATMENT: Jesse: Week Four | HBO |
| PA 1-719-474 | IN TREATMENT: Adele: Week Four | HBO |
| PA 1-719-468 | IN TREATMENT: Sunil: Week Five | HBO |
| PA 1-719-470 | IN TREATMENT: Frances: Week Five | HBO |
| PA 1-719-469 | IN TREATMENT: Jesse: Week Five | HBO |
| PA 1-805-663 | IN TREATMENT: Adele: Week Five | HBO |
| PA 1-719-724 | IN TREATMENT: Sunil: Week Six | HBO |
| PA 1-719-725 | IN TREATMENT: Frances: Week Six | HBO |
| PA 1-719-847 | IN TREATMENT: Jesse: Week Six | HBO |
| PA 1-719-723 | IN TREATMENT: Adele: Week Six | HBO |
| PA 1-721-379 | IN TREATMENT: Sunil: Week Seven | HBO |
| PA 1-721-381 | IN TREATMENT: Frances: Week Seven | HBO |
| PA 1-721-380 | IN TREATMENT: Jesse: Week Seven | HBO |
| PA 1-721-382 | IN TREATMENT: Adele: Week Seven | HBO |
| PA 1-623-599 | JOHN ADAMS: Join Or Die | HBO |
| PA 1-623-549 | JOHN ADAMS: Independence | HBO |
| PA 1-623-550 | JOHN ADAMS: Don't Tread On Me | HBO |

| | | |
|---|---|---|
| PA 1-623-551 | JOHN ADAMS: Reunion | HBO |
| PA 1-623-552 | JOHN ADAMS: Unite Or Die | HBO |
| PA 1-623-553 | JOHN ADAMS: Unnecessary War | HBO |
| PA 1-623-555 | JOHN ADAMS: Peacefield | HBO |
| PA 1-708-363 | NIP/TUCK: Ronnie Chase | WBEI |
| PA 1-708-374 | NIP/TUCK: Gene Shelly | WBEI |
| PA 1-708-386 | NIP/TUCK: Roxy St. James | WBEI |
| PA 1-708-401 | NIP/TUCK: Ricky Wells | WBEI |
| PA 1-708-522 | NIP/TUCK: Manny Skerritt | WBEI |
| PA 1-708-506 | NIP/TUCK: Budi Sabri | WBEI |
| PA 1-708-504 | NIP/TUCK: Allegra Caldarello | WBEI |
| PA 1-708-500 | NIP/TUCK: Giselle Blaylock And Legend Chandler | WBEI |
| PA 1-708-582 | NIP/TUCK: Don Hoberman | WBEI |
| PA 1-711-947 | NIP/TUCK: Enigma | WBEI |
| PA 1-708-611 | NIP/TUCK: Briggitte Reinholt | WBEI |
| PA 1-708-577 | NIP/TUCK: Jenny Juggs | WBEI |
| PA 1-708-528 | NIP/TUCK: Abigail Sullivan | WBEI |
| PA 1-708-347 | NIP/TUCK: Alexis Stone | WBEI |
| PA 1-708-345 | NIP/TUCK: Alexis Stone II | WBEI |
| PA 1-708-335 | NIP/TUCK: Lola Wlodkowski | WBEI |
| PA 1-708-466 | NIP/TUCK: Benny Nilsson | WBEI |
| PA 1-708-343 | NIP/TUCK: Wesley Clovis | WBEI |
| PA 1-711-948 | NIP/TUCK: Dan Daly | WBEI |
| PA 1-708-348 | NIP/TUCK: Willow Banks | WBEI |
| PA 1-708-349 | NIP/TUCK: Joel Seabrook | WBEI |
| PA 1-708-330 | NIP/TUCK: Sheila Carlton | WBEI |
| PA 1-708-627 | NIP/TUCK: Virginia Hayes | WBEI |
| PA 1-708-631 | NIP/TUCK: Christian Troy II | WBEI |
| PA 1-708-342 | NIP/TUCK: Dr. Griffin | WBEI |
| PA 1-708-621 | NIP/TUCK: Walter & Edith Krieger | WBEI |
| PA 1-708-478 | NIP/TUCK: Hiro Yoshimura | WBEI |

| PA 1-798-608 | ONE TREE HILL: 4:30 AM (Apparently They Were Traveling Abroad) | WBEI |
|---|---|---|
| PA 1-799-057 | ONE TREE HILL: What Are You Willing To Lose | WBEI |
| PA 1-799-059 | ONE TREE HILL: Hold My Hand As I'm Lowered | WBEI |
| PA 1-799-063 | ONE TREE HILL: Believe Me, I'm Lying | WBEI |
| PA 1-799-066 | ONE TREE HILL: Your Cheatin' Heart | WBEI |
| PA 1-799-287 | ONE TREE HILL: Deep Ocean Vast Sea | WBEI |
| PA 1-803-468 | ONE TREE HILL: I And Love And You | WBEI |
| PA 1-799-296 | ONE TREE HILL: I Just Died In Your Arms Tonight | WBEI |
| PA 1-801-398 | ONE TREE HILL: Now You Lift Your Eyes To The Sun | WBEI |
| PA 1-799-297 | ONE TREE HILL: You Are A Runner And I Am My Father's Son | WBEI |
| PA 1-799-302 | ONE TREE HILL: You Know I Love You, Don't You? | WBEI |
| PA 1-803-555 | ONE TREE HILL: Some Roads Lead Nowhere | WBEI |
| PA 1-799-326 | ONE TREE HILL: Weeks Go By Like Days | WBEI |
| PA 1-799-333 | ONE TREE HILL: Family Affair | WBEI |
| PA 1-799-955 | ONE TREE HILL: Don't You Forget About Me | WBEI |
| PA 1-799-334 | ONE TREE HILL: My Attendance Is Bad But My Intentions Are Good | WBEI |

| PA 1-803-556 | ONE TREE HILL: At The Bottom Of Everything | WBEI |
|---|---|---|
| PA 1-803-557 | ONE TREE HILL: The Last Day Of Our Acquaintance | WBEI |
| PA 1-799-809 | ONE TREE HILL: Every Picture Tells A Story | WBEI |
| PA 1-798-609 | ONE TREE HILL: Learning To Fall | WBEI |
| PA 1-799-814 | ONE TREE HILL: What's In The Ground Belongs To You | WBEI |
| PA 1-803-562 | ONE TREE HILL: Almost Everything I Wish I'd Said The Last Time I Saw You | WBEI |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBEI |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBEI |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBEI |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBEI |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBEI |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBEI |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBEI |

| | | |
|---|---|---|
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBEI |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBEI |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBEI |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |

| | | |
|---|---|---|
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-744-418 | PRETTY LITTLE LIARS (SERIES): Pilot | WBEI |
| PA 1-744-449 | PRETTY LITTLE LIARS (SERIES): The Jenna Thing | WBEI |
| PA 1-744-566 | PRETTY LITTLE LIARS (SERIES): To Kill A Mocking Girl | WBEI |
| PA 1-744-450 | PRETTY LITTLE LIARS (SERIES): Can You Hear Me Now? | WBEI |
| PA 1-744-429 | PRETTY LITTLE LIARS (SERIES): Reality Bites Me | WBEI |
| PA 1-749-524 | PRETTY LITTLE LIARS (SERIES): There's No Place Like Homecoming | WBEI |
| PA 1-749-525 | PRETTY LITTLE LIARS (SERIES): The Homecoming Hangover | WBEI |
| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES): Please, Do Talk Above Me When I'm Gone | WBEI |
| PA 1-749-549 | PRETTY LITTLE LIARS (SERIES): The Perfect Storm | WBEI |

| | | |
|---|---|---|
| PA 1-744-404 | PRETTY LITTLE LIARS (SERIES): Keep Your Friends Close | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |

| | | |
|---|---|---|
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-107-745 | **THE LORD OF THE RINGS: The Fellowship of the Ring** | New Line Productions, Inc. |
| PA 1-201-547 | **THE LORD OF THE RINGS: The Return of the King** | Lord Dritte Productions Deutschland Filmproduktion, GmbH & Co. KG & New Line Productions, Inc. |

| PA 1-119-134 | **THE LORD OF THE RINGS: The Two Towers** | Lord Zweite Productions Deutschland Filmproduktion, GmbH & Co. KG & New Line Productions, Inc.x |
|---|---|---|
| PA 943-492 | SOPRANOS, THE: Pilot | Brillstein-Grey Entertainment ("BGE") |
| PA 943-491 | SOPRANOS, THE: 46 Long | BGE |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | BGE |
| PA 943-494 | SOPRANOS, THE: Meadowlands | BGE |
| PA 943-496 | SOPRANOS, THE: College | BGE |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | BGE |
| PA 943-490 | SOPRANOS, THE: Down Neck | BGE |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | BGE |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | BGE |
| PA 943-532 | SOPRANOS, THE: Boca | BGE |
| PA 943-537 | SOPRANOS, THE: Isabella | BGE |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | BGE |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | BGE |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | HBO; Samax, Inc. ("SI") |
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | HBO; SI |

| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; SI |
|---|---|---|
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; SI |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; SI |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; SI |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; SI |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; SI |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; SI |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; SI |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; SI |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; SI |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO; SI |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO; SI |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO; SI |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO; SI |
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO; SI |
| PA 1-021-955 | SOPRANOS, THE: University | HBO; SI |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO; SI |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO; SI |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO; SI |

| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO; SI |
|---|---|---|
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO; SI |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO; SI |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO; SI |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO; SI |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO; SI |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO; SI |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO; SI |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO; SI |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO; SI |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO; SI |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO; SI |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO; SI |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO; SI |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO; SI |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO; SI |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO; SI |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO; SI |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO; SI |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO; SI |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO; SI |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO; SI |

| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO; SI |
|---|---|---|
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO; SI |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO; SI |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO; SI |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO; SI |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO; SI |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO; SI |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO; SI |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO; SI |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO; SI |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO; SI |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO; SI |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO; SI |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO; SI |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO; SI |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO; SI |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO; SI |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO; SI |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO; SI |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO; SI |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO; SI |

| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO; SI |
|---|---|---|
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO; SI |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO; SI |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO; SI |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO; SI |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO; SI |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO; SI |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO; SI |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS Studios Inc. ("CBS") |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CBS |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CBS |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CBS |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CBS |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CBS |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CBS |

| | | |
|---|---|---|
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CBS |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CBS |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CBS |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CBS |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |

| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
|---|---|---|
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |

| PA 1-261-150 | THE WIRE: Alliances | HBO |
|---|---|---|
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 1-743-069 | TREME: Accentuate The Positive | HBO |
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | HBO |
| PA 1-750-437 | TREME: On Your Way Down | HBO |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | HBO |
| PA 1-746-579 | TREME: Slip Away | HBO |
| PA 1-746-582 | TREME: Feels Like Rain | HBO |
| PA 1-746-583 | TREME: Carnival Time | HBO |
| PA 1-756-008 | TREME: Can I Change My Mind | HBO |
| PA 1-748-878 | TREME: What Is New Orleans? | HBO |
| PA 1-748-782 | TREME: That's What Lovers Do? | HBO |

| PA 1-748-781 | TREME: Do Whatcha Wanna | HBO |
|---|---|---|
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |